# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2023-0498**
Sabronte LaShun Rhodes v. State of Alabama (Appeal from Mobile Circuit Court:
CC-20-1195, CC-20-1196, and CC-20-1053)

## NOTICE

You are hereby notified that on May 23, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk